UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 CLARENCE WILLIAMSON, JR.,
D-18 TERRELL RAYNARD CLARK,

    Defendants.

_____/

Case No. 11-20564

Hon. John Corbett O'Meara

## ORDER GRANTING MOTIONS
## TO REVOKE BOND AND FOR MISTRIAL

The government filed a motion to revoke Defendant Clarence Williamson, Jr.'s bond on July 1, 2014. The court denied the motion without prejudice. Trial began in this matter on July 8, 2014. On July 9, 2014, Defendant Williamson failed to appear for trial. As a result, and for the reasons stated on the record, the court revokes Williamson's bond and will issue a warrant for his arrest. Given the uncertainty regarding when Williamson will be apprehended, the court declares a mistrial.

IT IS HEREBY ORDERED that the government's motion to revoke Clarence Williamson, Jr.'s bond is GRANTED.

IT IS FURTHER ORDERED that the government's motion for mistrial is

GRANTED.

s/John Corbett O'Meara
United States District Judge

Date:  July 9, 2014

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 9, 2014, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager